UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREEMONT INSURANCE COMPANY, )
subrogee of Nessley Disposal, Inc. )
               Plaintiff, )
                                       )     No. 1:19-cv-757
-v- )
                                       )     Honorable Paul L. Maloney
CENTRAL MUTUAL INSTANCE COMPANY )
               Defendant. )
                                       )

## JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: September 22, 2021                                            /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          United States District Judge